**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01681-CV

**WALTER MITCHELL, Appellant**

**V.**

**TONYA CHANDLER, FRANK FORSHEE, PATRICK PARKER, AND
LETRICIA TARRANT, Appellees**

## ORDER

The Court **GRANTS** appellant's February 1, 2013 second motion for extension of time to file his jurisdictional letter brief and **ORDERS** appellant to file the letter brief no later than February 15, 2013. No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
             JUSTICE